# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-1672 & 3D21-1750
Lower Tribunal Nos. 21-206, 19-1475, 19-1604, 19-1605

_____

**J.P., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager and Nicholas Lynch, Assistant Public Defenders, for appellant.

Ashley Moody, Attorney General, and Sonia Perez, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.